UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSHUA CHAMPION**, | : |
| | : Case No. 2:21-cv-10814-JXN-JBC |
| *Plaintiff*, | : |
| | : |
| v. | : **PLAINTIFF'S STIPULATED** |
| | : **MOTION FOR EXTENSION OF** |
| **THE CREDIT PROS INTERNATIONAL** | : **TIME TO RESPOND TO DEFENDANTS'** |
| **CORPORATION**, a New Jersey corporation, | : **MOTION TO DISMISS [D.E. 18]** |
| and **JASON KAPLAN** | : |
| | : |
| *Defendants*. | : |

**It is hereby stipulated and agreed to by the parties of the following:**

Defendant's Motion to Dismiss [D.E.18] which is currently returnable on October 14, 2022 is adjourned to October 21, 2022. No previous extension has been requested.

Dated: October 14, 2022

Respectfully Submitted,

| /s/ *Anna Badalian* | /s/ *Jamey R. Campellone* |
|---|---|
| Anna Badalian | Jamey R. Campellone |
| LawHQ, P.C. | GREENSPOON MARDER LLP |
| 299 S. Main St. #1300 | 200 East Broward Blvd., Suite 1800 |
| Salt Lake City, UT 84111 | Fort Lauderdale, FL 33301 |
| (Ph.) 385-285-1090 | (Ph.) 954-527-6296 • (Fax) 954-333-4027 |
| anna.badalian@lawhq.com | Jamey.campellone@gmlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |